**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                                    |                                  |
|----------------------------------------------------|----------------------------------|
| IN RE: )                                           |                                  |
| GUANTANAMO BAY )                                    | Misc. No. 08-442(TFH)            |
| DETAINEE LITIGATION )                               |                                  |
| _____ )                 |                                  |
| )                                                  |                                  |
| ABDUL RAHMAN AHMED, )                               |                                  |
|   a/k/a ABDUL AL RAHMAN AL ZIAHRI,)       |                                  |
|   a/k/a ABDURAHMAN LNU, )                 |                                  |
| )                                                  |                                  |
|       Petitioner, )   | Civil Action No. 09-0745 (RCL)   |
|   v. )                                    |                                  |
| )                                                  |                                  |
| BARACK OBAMA, *et al.*, )                           |                                  |
| )                                                  |                                  |
|       Respondents. )  |                                  |
| _____ )                 |                                  |

**ORDER**

Upon consideration of Petitioner's Unopposed Motion for a Stay, it is hereby

**ORDERED** that Petitioner's Unopposed Motion for a Stay is GRANTED. It is further

**ORDERED** that this case is STAYED indefinitely. It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect

during the period of the stay. It is further

**ORDERED** that the parties may move the Court to lift the stay provided the moving

party gives the non-moving party written notice the (10) days prior to the date of filing the

motion.


Date: __8/18/2009_____          __/s/___Royce C. Lamberth_____
                                   UNITED STATES DISTRICT JUDGE